

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. Conn R. Isaacs
County Auditor
Milam County
Cameron, Texas

Dear Sir:

Opinion No. O-1372
Re: Commissioners' Court has power to appropriate money out of the General Fund of the county to employ counsel to represent the county in a suit for the purpose of testing the constitutionality of Senate Bill No. 224.

Your inquiry of the 31st ult. received. You inquire whether Milam County, through its Commissioners' Court, may employ counsel and pay them out of the General Fund, for the purpose of testing the constitutionality of Senate Bill No. 224.

A Commissioners' Court has the power to employ counsel to represent the county, and this right is not affected by the result of the suit. The Commissioners' Court also has power to employ counsel to assist the County Attorney.

See City National Bank vs. Presidio County, 26 S.W. 775; Terrell vs. Greene, 88 Tex. 539; Adams vs. Seagler, 112 Tex. 583

APPROVED OCT 3, 1939

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS

ASR:pbp

APPROVED
OPINION
COMMITTEE
BY *[signature]*
CHAIRMAN

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *[signature]*

A. S. Rollins
Assistant

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT